UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

SHAWN MICHAEL SNYDER,

                        Plaintiff,

                                                                         DECISION AND ORDER

                                                                         05-CV-6506Fe

                        V.

GLEN S. GOORD,
Commissioner, New York State
Department of Correctional Services, et al.,

                        Defendants.
_____

       I treat plaintiff's letter of October 10, 2005 as a motion to reconsider my prior order transferring this case to the Northern District of New York. The motion to reconsider is in all respects denied.

       IT IS SO ORDERED.

                                                   _____
                                                        DAVID G. LARIMER
                                                    UNITED STATES DISTRICT JUDGE

Dated: Rochester, New York
       October 26, 2005